IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BARBARA A. THIEWES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-02523-KHV-ADM |
| | ) | |
| COHEN-ESREY, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Barbara A. Thiewes and Defendants Cohen-Esrey, LLC, Cohen-Esrey Development Group, LLC, and Cohen-Esrey Development, LLC stipulate to the dismissal of all claims in this action with prejudice, with each of the parties to bear her or its own costs.

Respectfully submitted,

**SIRO SMITH DICKSON PC**

By /s/ Athena M. Dickson

Rik N. Siro KS FED #77812
Eric W. Smith KS #16539
Athena M. Dickson KS #21533
Raymond A. Dake KS FED #78448
Ryan P. McEnaney KS FED #78827
Amy R. Jackson KS #28169
1621 Baltimore Avenue
Kansas City, Missouri 64108
816.471.4881 (Tel)
816.471.4883 (Fax)
rsiro@sirosmithdickson.com (email)
esmith@sirosmithdickson.com (email)
adickson@sirosmithdickson.com (email)
rdake@sirosmithdickson.com (email)
rmcenaney@sirosmithdickson.com (email)
ajackson@sirosmithdickson.com (email)
**ATTORNEYS FOR PLAINTIFF**

**SEYFERTH BLUMENTHAL & HARRIS LLC**

By /s/ Mark M. Haddad

Kimberly A. Jones KS# 16684
Mark M. Haddad KS# 23466
4801 Main Street, Suite 310
Kansas City, MO 64112
Telephone: 816-756-0700
Facsimile: 816-756-3700
Email: kim@sbhlaw.com;
Email: markh@sbhlaw.com
**ATTORNEYS FOR DEFENDANTS**